No. 98–77. BREEDLOVE ET AL. v. EARTHGRAINS BAKING COS., INC., DBA CAMPBELL TAGGART BAKING CO., INC. C. A. 8th

Cir. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.